# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE AT GREENEVILLE

CRIMINAL MINUTES:   Sentencing

USA v   JERRY LEON BLANKENSHIP            Date:   03/21/22

Case No.   CR-2-21-39            Time   1:33 p.m.   To 2:30 p.m.

Honorable J. RONNIE GREER, U.S. District Judge, Presiding

| Kathy Hopson | Karen Bradley |
|---|---|
| Deputy Clerk | Court Reporter |
| Cameron Kuhlman | Mac Heavener |
| Defendant's Attorney | Asst. U.S. Attorney |

**PROCEEDINGS:**

Deft given opportunity to speak - accepts

Court Pronounces Judgment

It is the judgment of the Court that the defendant, Jerry Leon Blankenship, is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of **one (1) month** as to Count One, and **24 months** as to Count Two, with terms to run consecutively for a net effective sentence of **25 months.** This sentence shall be served consecutively to any sentence imposed in the pending military deserter warrant in docket number 8804455.

Upon release from imprisonment, the defendant shall be placed on supervised release for a term of **three (3) years** as to Count One, and **one (1) year** as to Count Two, terms to be served concurrently for a net term of **three (3) years.**

$200.00 Assessment - Fine is waived

**CONDITIONS OF SUPERVISED RELEASE:**

**The mandatory drug testing condition is suspended in this case, based on the Court's determination that the defendant poses a low risk of future substance abuse.**

[X] 13 standard conditions     [X] no firearms, no ammunition, no destructive devices, or any other dangerous weapon
[X] no illegal drugs           [X] cooperate w/the collection of DNA as directed
[X] You shall submit your person, property, house, residence, vehicle, papers, [computers (as defined in 18 U.S.C. § 1030(e)(1)), other electronic communications or data storage devices or media,] or office, to a search conducted by a United States probation officer or designee.

**RECOMMENDATIONS:**

[X] that defendant be given credit for time served **from 05/26/21 to the present**
[X] receive a physical health evaluation while in the custody of the Bureau of Prisons / be afforded a full range of educational and vocational programs offered by the Bureau of Prisons / receive the maximum possible amount of home confinement pursuant to the BOP Elderly Offender Pilot Program / designation to the BOP federal facility in Manchester, KY
[X] Placed in custody of U.S. Marshal